RECEIVED

AUG 2 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EPCO CARBON DIOXIDE PRODUCTS, INC. | CIVIL ACTION NO. 03-1288-M |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| CARGILL INCORPORATED | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendant's motion to compel arbitration and for stay, Doc. 67, is DENIED.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 23 day of August 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE